FILED
8/18/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

MPV

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RONALD GRAY | Case No. **1:26-cr-00452**<br>**Judge Jeremy C. Daniel**<br>**Magistrate Judge Albert Berry, III**<br>**Random/Cat. 3**<br><br>Violation: Title 18, United States Code, Section 922(g)(1) |

The SPECIAL NOVEMBER 2025 GRAND JURY charges:

On or about May 19, 2026, at Chicago, in the Northern District of Illinois, Eastern Division,

RONALD GRAY,

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, namely, a loaded Taurus, PT-145 Millenium Pro, .45 caliber semi-automatic pistol, bearing serial number NFP72951, which firearm had traveled in interstate and foreign commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## **FORFEITURE ALLEGATION**

The SPECIAL NOVEMBER 2025 GRAND JURY alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g)(1), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearms and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to a Taurus, PT-145 Millenium Pro, .45 caliber semi-automatic pistol, bearing serial number NFP72951, and associated ammunition.

A TRUE BILL:

______________________________
FOREPERSON

______________________________
UNITED STATES ATTORNEY